UNITED STATES of America,
Plaintiff–Appellee,

v.

Victor PARKER, Defendant–Appellant.

No. 05–20054
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 5, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

David B. Adler, Bellaire, TX, for Defendant–Appellant.

Victor Parker, Oakdale, LA, pro se.

Before KING, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Victor Parker has renewed his motion for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Parker has not filed a response. Counsel avers that Parker has served his term of incarceration and is not being supervised. Based on our review of the record and counsel's representations, we conclude that there is no nonfrivolous issue for appeal. *See United States v. Clark,* 193 F.3d 845, 847–48 (5th Cir.1999). Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.